```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
Sharme Cagle,                                                        :
:
                        Plaintiff,                                   :
:                        22-cv- 06951 (LJL)
        -v-                                                          :
:                        ORDER
Weill Cornell Medicine,                                              :
:
                        Defendant.                                   :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On July 24, 2024, this Court granted Defendant Weill Cornell Medicine's Motion to Dismiss with prejudice. Dkt. No. 28. On September 11, 2024, Plaintiff Sharme Cagle filed a Motion for Extension of Time to File a Notice of Appeal, Dkt. No. 30, alongside a Notice of Appeal, Dkt. No. 31. On September 13, 2024, this Court directed Defendant to submit any response to her Motion by September 26, 2024, and Plaintiff to submit any reply by October 3, 2024. Dkt. No. 32. No response having been filed, this Court finds that Plaintiff's caregiving responsibilities and recent bereavement constitute good cause for the requested extension per Federal Rule of Civil Procedure 4(a)(5)(A)(ii). Plaintiff's request for an Extension of Time to File a Notice of Appeal is therefore GRANTED.

        SO ORDERED.

Dated: October 8, 2024                        _____
        New York, New York                            LEWIS J. LIMAN
                                                United States District Judge